**Fred J. Dornself, appellee, v. David Levi, appellant. Gen. No. 24,830.**

Action for slander. Judgment for plaintiff. Appeal from the Circuit Court of Cook county; the Hon. H. Sterling Pomeroy, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1918. Reversed and remanded. Opinion filed December 31, 1919.

Bunge, Harbour & Schmidt, for appellant; Grossberg & Haffenberg, of counsel. Philip L. Sullivan and John E. Crahen, for appellee; Frank M. Padden, of counsel.

Mr. Justice Barnes delivered the opinion of the court.

---

**William H. Pruyn, Jr. and Mary A. Pruyn, appellees, v. Bank of Commerce and Savings et al., appellants. Gen. No. 25,346.**

Bill to restrain assignment and transfer of negotiable notes. Decree of interlocutory injunction. Interlocutory appeal from the Circuit Court of Cook county; the Hon. Merritt W. Pinckney, Judge, presiding. Heard in the Branch Appellate Court. Affirmed. Opinion filed December 31, 1919.

King, Brower & Hurlbut, for appellant Bank of Commerce and Savings. Eben F. Runyan and George L. Turnbull, for appellees.

Mr. Justice Barnes delivered the opinion of the court.

---

**Peter A. Badorf, plaintiff in error, v. Joseph F. Ebert and Wells Fargo Express Company, defendant in error. Gen. No. 23,665.**

Error to the Municipal Court of Chicago; the Hon. Harry P. Dolan, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1917. Affirmed on striking stenographic report. Opinion filed December 31, 1919.

Morris Loeff, for plaintiff in error; Oscar E. Leinen, of counsel. Samuels & Samuels, for defendant in error Joseph F. Ebert.

Mr. Justice Gridley delivered the opinion of the court.

---

**A. Smith, defendant in error, v. Seymour H. Neumann, plaintiff in error. Gen. No. 24,902.**

Action to recover damages to truck and for loss of use of same, injured in collision with defendant's automobile. Judgment for plaintiff. Error to the Municipal Court of Chicago; the Hon. John R. Newcomer, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1919. Reversed and remanded. Opinion filed December 31, 1919.

Joseph M. Connery, for plaintiff in error; Sinden, Hassell & Osusky, of counsel. Coburn & Bentley, for defendant in error.

Mr. Justice Gridley delivered the opinion of the court.